<u>Exhibit A</u>

**Copyright registration (PURP — Character Model Sheet, VAu001569706)**

# Copyright

**Registration Number / Date:**
VAU001569706 / 2026-01-13

**Type of Work:**
Visual Material

**Title:**
PURP ? Character Model Sheet.

**Application Title:**
PURP ? Character Model Sheet.

**Date of Creation:**
2024

**Copyright Claimant:**
Mini Studio, Inc. Address: One World Trade Center, 85th Floor, c/o Servcorp, New York, NY, 10007, United States.

**Authorship on Application:**
Mini Studio, Inc., Domicile: United States. employer for hire; Authorship: 2-D artwork.

**Rights and Permissions:**
Mini Studio, Inc., One World Trade Center, 85th Floor, c/o Servcorp, New York, NY, 10007, United States

**Description:**
Electronic file (eService)

**Copyright Note:**
C.O. correspondence.
Regarding basis for registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

**Names:**
Mini Studio, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/siebel_VAu001569706