## Exhibit B

**A short side-by-side comparison PDF with a few still frames (Mini Studio vs Monster Library), with timestamps**

www.themonsterlibrary.com Image taken on Sunday, January 18, 2026. Video unavailable due to DMCA takedown by Mini Studio, Inc. Originally published at: https://youtu.be/-4H46BKw3ow



Published earlier than December 21, 2025 as demonstrated by this linkedin post: https://www.linkedin.com/posts/the-monster-library_were-finalists-remi-the-lighthouse-activity-7406749163436085248-5ktp





✨ LITTLE LIGHT ✨ Uplifting Song for Kids About Inner Strength and Positivity with the Fuzzlets

Shows similarity of Monster Library Character to Fuzzlets character design: (FUR TEXTURE and eyes)

✨ LITTLE LIGHT ✨ Uplifting Song for Kids About Inner Strength and Positivity with the Fuzzlets
https://www.youtube.com/watch?v=6xQhyNCgyc0

Published March 28, 2025

Time stamp: https://youtu.be/6xQhyNCgyc0?si=TdcFr8e9mIkkSU6Q&t=41

FuzzHermit & The Solitude Peak's Quest | Full Episode | Kids Cartoon Animation

Published May 31, 2025
https://www.youtube.com/watch?v=li7YcZqF65c

Character proportions and hat



FuzzHermit & The Solitude Peak's Quest | Full Episode | Kids Cartoon Animation

Time Stamp: https://youtu.be/li7YcZqF65c?si=3PsP8xbBZdt319HS&t=379



**FuzzHermit & The Solitude Peak's Quest | Full Episode | Kids Cartoon Animation**

PURP Character is shown with a beanie.

Time Stamp: https://youtu.be/li7YcZqF65c?si=uvekL5giZ-a5vK7D&t=175



A typical fisherman beanie doesn't have a poof up top. This idea and look was copied from Fuzzlets.

The Fuzzlet hat design and look for PURP

🏠 OLD MCDONALD HAD A FARM 🏠 Sing Along with the Fuzzlets! 🎶
https://www.youtube.com/watch?v=6fqJ52AWg5E

Published Jan 22, 2025, PURP Character is shown with a beanie.

Time stamp: https://youtu.be/6fqJ52AWg5E?si=kXmMVUkl-w-gbvnh&t=56



🏠 OLD MCDONALD HAD A FARM 🏠 Sing Along with the Fuzzlets! 🎶

⭐ TWINKLE TWINKLE LITTLE STAR ⭐ Bedtime song | Sing Along with the Fuzzlets 🎵
https://www.youtube.com/watch?v=5HRrKZQxaXo

Published Jan 24, 2025, PURP Character is shown with a beanie.

Time Stamp: https://youtu.be/5HRrKZQxaXo?si=RB0KG3o9hPHuiVrl&t=70



⭐ TWINKLE TWINKLE LITTLE STAR ⭐ Bedtime song | Sing Along with the Fuzzlets 🎵