UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MINI STUDIO, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEVIN WANSA a/k/a KEVIN VAN WITT, AND THE MONSTER LIBRARY, <br><br> Defendants. | CIVIL ACTION <br> NO. 3:CV-26-00103 <br><br><br><br> JANUARY 21, 2026 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, Mini Studios, Inc. discloses that it has no parent corporation and that there are no publicly held corporations that own 10 percent or more of its stock.

                PLAINTIFF – MINI STUDIO, INC.

                By: __/s/ Andy I Corea_____
                     Andy I. Corea – ct25925
                     acorea@harrisbeachmurtha.com

                HARRIS BEACH MURTHA CULLINA PLLC
                265 Church Street, 9th Floor
                New Haven, CT 06510
                Telephone:  203.772.7700
                Facsimile:   203.772.7723
                Its Attorneys