IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MINI STUDIO, INC. | 3:26-cv-00103 |
| v. | Monster Library PJR application |
| KEVIN WANSA AND THE MONSTER LIBRARY | |
| | 2026-02-11 |
| Kevin Wansa and The Monster Library, L.L.C. | |
| v. | |
| Youmna Chamcham and Mini Studio, Inc. | |

The undersigned represents:

1. That The Monster Library, L.L.C. has commenced an action against Youmna Chamcham of 11354 Tortuga Street, Cypress, California and Mini Studio, Inc. of One World Trade Center, New York, NY pursuant to the attached verified Counterclaim.

2. That there is probable cause that a judgment in the amount of the prejudgment remedy sought, or in an amount greater than the amount of the prejudgment remedy sought, taking into account any known defenses, counterclaims or set-offs, will be rendered in the matter in favor of the

applicant and that to secure the judgment the applicant seeks an order from this court directing that the following prejudgment remedy be granted to secure the sum of $ 1 million dollars:

    a. To attach sufficient property of the defendant to secure such sum:

    b. To garnishee JP Morgan Chase Bank, N.A. of 1414 Woodward Avenue, Ruston, LA 71270-2015, as he is the agent, trustee, debtor of the defendant and has concealed in his possession property of the defendant and is indebted to him.

    Kevin Wansa

Member, The Monster Library L.L.C.

    By Alan Harrison / Sandollar Law

His Attorney

Respectfully,
*s/Alan Harrison*
Alan Harrison (ct29464)
alan@sandollar-law.net
203.212.9996
Sandollar PLLC
185 Broad Street
Milford, CT 06460

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MINI STUDIO, INC. | 3:26-cv-00103 |
| v. | Monster Library PJR application |
| KEVIN WANSA AND THE MONSTER LIBRARY | |

---

Kevin Wansa and The Monster Library, L.L.C.

v.

Youmna Chamcham and Mini Studio, Inc.

## ORDER

The above application having been presented to the court, it is hereby ordered, that a hearing be held thereon on …………………. at …… a.m. / p.m. and that the applicant give notice to the subject of the application of the pendency of the application and of the time when it will be heard, in accordance with section 52-278c of the Connecticut general statutes, by causing a true and attested copy of the application, together with such notice as is required under subsection (e) of section 52-278c, to be served upon the defendant by some proper officer or indifferent person on or before ……………., and that due return of service be made to this court.

Dated at ...................... this .... day of ...……………, 2026.

Clerk of the Court

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MINI STUDIO, INC. | 3:26-cv-00103 |
| v. | Monster Library PJR application |
| KEVIN WANSA AND THE MONSTER LIBRARY | |

---

Kevin Wansa and The Monster Library, L.L.C.

v.

Youmna Chamcham and Mini Studio, Inc.

### SUMMONS OF ATTACHMENT

To any proper officer:

By authority of the United States, you are hereby commanded to attach to the value of $ 1 million dollars the real or personal property of Youmna Chamcham of 11354 Tortuga Street, Cypress, California and Mini Studio, Inc. of One World Trade Center, New York, New York, and them summon to appear before the Federal District Court at Bridgeport at …… a.m. / p.m. on ……………………. 2026, and there and then to answer to Counterclaimants Kevin Wansa and The Monster Library, L.L.C. in a civil action.

Of this writ with your actions thereon make due return.

Dated at Bridgeport this ……… day of ………………, 2026.

Clerk of Court

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MINI STUDIO, INC. | 3:26-cv-00103 |
| v. | (Proposed) Order to Show Cause |
| KEVIN WANSA AND THE MONSTER LIBRARY | |

---

Kevin Wansa and The Monster Library, L.L.C.

v.

Youmna Chamcham and Mini Studio, Inc.

  To:

Youmna Chamcham

11354 Tortuga Street

Cypress, CA

  You are ordered to appear before the Federal District Court at Bridgeport, on ……………………. at ………. a.m. / p.m., and there and then show cause why a Prejudgment Remedy should not be issued against you in the amount of $ 1 million.

  YOU HAVE RIGHTS SPECIFIED IN THE CONNECTICUT GENERAL STATUTES, INCLUDING CHAPTER 903a, THAT YOU MAY WISH TO

EXERCISE CONCERNING THIS APPLICATION FOR A PREJUDGMENT REMEDY. THESE RIGHTS INCLUDE THE RIGHT TO A HEARING:

    (1) TO OBJECT TO THE PROPOSED PREJUDGMENT REMEDY BECAUSE YOU HAVE A DEFENSE TO OR SET-OFF AGAINST THE ACTION OR A COUNTERCLAIM AGAINST THE PLAINTIFF OR BECAUSE THE AMOUNT SOUGHT IN THE APPLICATION FOR THE PREJUDGMENT REMEDY IS UNREASONABLY HIGH OR BECAUSE PAYMENT OF ANY JUDGMENT THAT MAY BE RENDERED AGAINST YOU IS COVERED BY ANY INSURANCE THAT MAY BE AVAILABLE TO YOU;

    (2) TO REQUEST THAT THE PLAINTIFF POST A BOND IN ACCORDANCE WITH SECTION 52-278d OF THE GENERAL STATUTES TO SECURE YOU AGAINST ANY DAMAGES THAT MAY RESULT FROM THE PREJUDGMENT REMEDY;

    (3) TO REQUEST THAT YOU BE ALLOWED TO SUBSTITUTE A BOND FOR THE PREJUDGMENT REMEDY SOUGHT; AND

    (4) TO SHOW THAT THE PROPERTY SOUGHT TO BE SUBJECTED TO THE PREJUDGMENT REMEDY IS EXEMPT FROM SUCH A PREJUDGMENT REMEDY.

    Dated ………………………

    Clerk of Court

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MINI STUDIO, INC. | 3:26-cv-00103 |
| v. | (Proposed) Order to Show Cause |
| KEVIN WANSA AND THE MONSTER LIBRARY | |

Kevin Wansa and The Monster Library, L.L.C.

v.

Youmna Chamcham and Mini Studio, Inc.

      To:

Mini Studio, Inc.

One World Trade Center

New York, NY

      You are ordered to appear before the Federal District Court at Bridgeport, on ……………………. at ………. a.m. / p.m., and there and then show cause why a Prejudgment Remedy should not be issued against you in the amount of $ 1 million.

      YOU HAVE RIGHTS SPECIFIED IN THE CONNECTICUT GENERAL STATUTES, INCLUDING CHAPTER 903a, THAT YOU MAY WISH TO

EXERCISE CONCERNING THIS APPLICATION FOR A PREJUDGMENT REMEDY. THESE RIGHTS INCLUDE THE RIGHT TO A HEARING:

(1) TO OBJECT TO THE PROPOSED PREJUDGMENT REMEDY BECAUSE YOU HAVE A DEFENSE TO OR SET-OFF AGAINST THE ACTION OR A COUNTERCLAIM AGAINST THE PLAINTIFF OR BECAUSE THE AMOUNT SOUGHT IN THE APPLICATION FOR THE PREJUDGMENT REMEDY IS UNREASONABLY HIGH OR BECAUSE PAYMENT OF ANY JUDGMENT THAT MAY BE RENDERED AGAINST YOU IS COVERED BY ANY INSURANCE THAT MAY BE AVAILABLE TO YOU;

(2) TO REQUEST THAT THE PLAINTIFF POST A BOND IN ACCORDANCE WITH SECTION 52-278d OF THE GENERAL STATUTES TO SECURE YOU AGAINST ANY DAMAGES THAT MAY RESULT FROM THE PREJUDGMENT REMEDY;

(3) TO REQUEST THAT YOU BE ALLOWED TO SUBSTITUTE A BOND FOR THE PREJUDGMENT REMEDY SOUGHT; AND

(4) TO SHOW THAT THE PROPERTY SOUGHT TO BE SUBJECTED TO THE PREJUDGMENT REMEDY IS EXEMPT FROM SUCH A PREJUDGMENT REMEDY.

Dated ………………………

Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MINI STUDIO, INC. | 3:26-cv-00103 |
| v. | Motion for Disclosure of Assets |
| KEVIN WANSA AND THE MONSTER LIBRARY | |
| Kevin Wansa and The Monster Library, L.L.C. | 2026-02-11 |
| v. | |
| Youmna Chamcham and Mini Studio, Inc. | |

WHEREAS, the counterclaimants will demonstrate pursuant to their Application for Prejudgment Remedy that there is probable cause for a judgment against the counterdefendants in the amount requested,

NOW, THEREFORE, pursuant to Conn.Gen.Stats. § 52-278n, the counterclaimants respectfully move the Court to order that counterdefendants, their agents or employees, promptly disclose to counterclaimants all of their property and assets, real or personal, including without limitation: all bank, investment, retirement, or other accounts, all vehicles and real estate titles, and any and all debts due or owing to said counterdefendants.

Respectfully,
*s/Alan Harrison*
Alan Harrison (ct29464)
alan@sandollar-law.net
203.212.9996
Sandollar PLLC
185 Broad Street
Milford, CT 06460