UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

MINI STUDIO, INC.                )
                                 )    Case No. 3:26-cv-00103-SFR
            Plaintiff,           )
                                 )
      v.                         )
                                 )
KEVIN WANSA ET AL                )
                                 )
            Defendants.          )    February 25, 2026

## **NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned on behalf of the Plaintiff Mini Studio, Inc.

in the above-captioned matter.

PLAINTIFF,
MINI STUDIO, INC.

/s/ Damian K. Gunningsmith
Damian K. Gunningsmith
Federal Bar No. ct29430
Carmody Torrance Sandak & Hennessey LLP
195 Church Street, 18th Floor
P.O. Box 1950
New Haven, CT 06509-1950
Tel.: (203) 777-5501
Fax: (203) 784-3199
dgunningsmith@carmodylaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2026 a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Damian K. Gunningsmith
Damian K. Gunningsmith