UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MINI STUDIO, INC. | ) | |
| | ) | Case No. 3:26-cv-00103-SFR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN WANSA ET AL | ) | |
| | ) | |
| Defendants. | ) | February 25, 2026 |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned on behalf of the Counter Defendant Youmna Chamcham in the above-captioned matter.

        COUNTER DEFENDANT,
        YOUMNA CHAMCHAM

        /s/ Damian K. Gunningsmith
        Damian K. Gunningsmith
        Federal Bar No. ct29430
        Carmody Torrance Sandak & Hennessey LLP
        195 Church Street, 18th Floor
        P.O. Box 1950
        New Haven, CT 06509-1950
        Tel.: (203) 777-5501
        Fax: (203) 784-3199
        dgunningsmith@carmodylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2026 a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Damian K. Gunningsmith
Damian K. Gunningsmith