UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MINI STUDIO, INC., | |
| Plaintiff, | CIVIL ACTION<br>NO. 3:26-CV-00103-SFR |
| v. | |
| KEVIN WANSA a/k/a KEVIN VAN WITT,<br>AND THE MONSTER LIBRARY, | MARCH 3, 2026 |
| Defendants. | |

## **MOTION TO WITHDRAW AS COUNSEL FOR MINI STUDIO, INC.**

Undersigned counsel, Andy I. Corea of Harris Beach Murtha Cullina PLLC, respectfully moves pursuant to Local Rule 7(e) for permission to withdraw his appearance as counsel for Mini Studio, Inc. ("Mini Studio") and further moves to be excused from any further participation in this matter.

Good cause exists to support this Motion because Mini Studio has obtained new counsel to represent it in this matter. New counsel for Mini Studio entered an appearance in the case on February 25, 2026 (ECF No. 16).

Accordingly, undersigned counsel hereby requests that, for good cause shown, the Court grant this Motion to Withdraw and excuse counsel from further participation in this matter.

PLAINTIFF – MINI STUDIO, INC.


By:   /s/ Andy I Corea
     Andy I. Corea – ct25925
     acorea@harrisbeachmurtha.com

HARRIS BEACH MURTHA CULLINA PLLC
265 Church Street, 9th Floor
New Haven, CT 06510
Telephone: 203.772.7700
Facsimile: 203.772.7723
Its Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2026, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Andy I. Corea
Andy I. Corea