# RETURN OF SERVICE

**State of Connecticut**     **County of New Haven**     **United States District Court**

Case Number: 3:26-CV-00103-SFR

Plaintiff:
**Mini Studio, Inc.**

vs.

Defendant:
**Kevin Wansa, et al.**

For:
Sandollar Law
185 Broad Street
Milford, CT 06460

Received by GSI to be served on **Youmna Chamcham, 11354 Tortuga St., Cypress, CA 90630**.

I, Bryce Keizer, do hereby affirm that on the **25th day of February, 2026** at **4:00 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Case; Monster Library PJR Application; (Proposed) Order To Show Cause; Motion for Disclosure of Assets; Monster Library Answer; Monster Library Counterclaim** with the date and hour of service endorsed thereon by me, to: **Youmna Chamcham** at the address of: **11354 Tortuga St., Cypress, CA 90630**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 36, Sex: F, Race/Skin Color: White, Height: 5'5, Weight: 140, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

_____
Bryce Keizer
PS6332

**GSI**
**360 E. 1st St., Suite 773**
**Tustin, CA 92780**
**(714) 788-4860**

Our Job Serial Number: GSI-2026001822
Ref: Mini Studio, Inc. v Wansa, et al.
Service Fee: $85.00

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a