UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MINI STUDIO, INC., <br><br>    Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> KEVIN WANSA, ET AL. <br><br>    Defendants/Counterclaim Plaintiffs, <br><br> v. <br><br> YOUMNA CHAMCHAM, <br><br>    Counterclaim Defendant. | CASE NO. 3:26-cv-00103-SFR <br><br><br><br><br><br><br><br><br><br> March 4, 2026 |

**MOTION TO EXTEND DEADLINES TO RESPOND TO COUNTERCLAIMS**

Pursuant to Local Rule 7, Counterclaim Defendants Mini Studio, Inc. and Youmna Chamcham move to extend their respective deadlines to respond to the Counterclaim Plaintiffs' Counterclaims up to and including April 3, 2026. Good cause exists for granting this extension for the reasons that follow:

1. The undersigned counsel for Counterclaim Defendants appeared in this matter on February 25, 2026. (ECF No. 17.)

2. On March 3, 2026, prior counsel filed a motion to withdraw his appearance. (ECF No. 18.)

3. Prior to appearing, the undersigned counsel was informed of current case deadlines that were not accurate due to a transposition of numbers in a date.

4. As a result, the undersigned counsel was under the mistaken understanding that the Counterclaim Defendants' responses to the Complaint would not be due until April 4, 2026,

and the undersigned counsel only became aware that Counterclaim Defendant Mini Studio, Inc.'s response to the Counterclaims was due today following receipt of the ECF notice for the return of the summons at 6:29 PM. (ECF No. 19.)

5. Upon learning of the deadline, undersigned counsel immediately emailed the Counterclaim Plaintiff's counsel at 6:36 PM to inquire whether Counterclaim Plaintiff would consent to an extension of the Counterclaim Defendants' respective deadlines to respond to the Counterclaim up to and including April 3, 2026.

6. Counterclaim Defendants' counsel responded that Counterclaim Plaintiff would consent until March 18, 2026.

7. Given the inaccurate information conveyed to undersigned counsel, and because undersigned counsel is new to the matter, the Counterclaim Defendants need additional time to evaluate the claims and prepare a response to the Counterclaims.

8. This is the first extension of time that the Counterclaim Defendants have requested with respect to their respective deadlines to respond to the Counterclaims.

Therefore, the Court should grant this Motion and extend the Counterclaim Defendants' deadlines to respond to the Counterclaims up to and including April 3, 2026.

> COUNTERCLAIM DEFENDANTS MINI STUDIO, INC. AND YOUMNA CHAMCHAM
>
> */s/ Damian K. Gunningsmith*
> Damian K. Gunningsmith
> Federal Bar No. ct29430
> CARMODY TORRANCE SANDAK & HENNESSEY LLP
> 195 Church Street
> P.O. Box 1950
> New Haven, CT 06509-1950
> Phone: (203) 777-5501
> Fax: (203) 784-3199
> dgunningsmith@carmodylaw.com