**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date _3/23/2026_

Mini Studio, Inc.

Vs.

Wansa et al

BKY Appellant

BKY Appellee

BKY case #

Start Time _12:37 PM_   End Time _12:53 PM_

Recess (if more than ½ hr) _____ to _____

Total Time _____ hour(s) _16_ minute(s)

Case # _3:26-cv-00103-SFR_

Honorable Judge _Robert M. Spector_

Deputy Clerk _Nick Langello_

Counsel for Pla(s) _Alan Harrison_

Counsel for Dft(s) _Damian K. Gunningsmith_

Reporter/Courtsmart _CourtSmart_

Interpreter

Language

Hearing held

☐ in person   ☑ by video   ☐ by telephone

## HEARING AND TIME

| | | |
|---|---|---|
| ☐ Motion/Oral Argument ____ | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ◼ Status Conference ____ | ☐ Settlement Conference ____ | ☐ Other: _____ ____ |

## MOTIONS

☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____
☐ Status report due _____
☐ Hearing continued until _____ at _____

## NOTES

PJR Hearing scheduled for 5/28/2026 at 9:30 AM. Joint status report due 5/1/2026.

Rev. 2/11/26