## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF CONNECTICUT

MINI STUDIO, INC.

v.

KEVIN WANSA AND THE
MONSTER LIBRARY

3:26-cv-00103

Kevin Wansa's Supplemental Motion
for Prejudgment Remedy and
Injunction

---

Kevin Wansa and The Monster
Library, L.L.C.

v.

Youmna Chamcham and Mini
Studio, Inc.

2026-03-24

In addition to the monetary prejudgment remedy previously requested under Rule 64, Counterclaimant Kevin Wansa respectfully moves the Court to issue:

- a prejudgment remedy attaching 22,500 shares of Mini Studio, Inc. stock; and
- an injunction directing Counterdefendant Mini Studio to bring such shares within the State of Connecticut so that the attachment may be perfected.

In support of this motion, Wansa refers to *Inter-Regional Financial Group, Inc. v. Hashemi*, 562 F.2d 152 (2d Cir. 1977) (approving such a procedure for the purpose of perfecting a prejudgment remedy in shares).

Alan Harrison — SANDOLLAR Law — Milford, Connecticut

Respectfully,
*s/Alan Harrison*
Alan Harrison (ct29464)
alan@sandollar-law.net
203.212.9996
Sandollar PLLC
185 Broad Street
Milford, CT 06460