**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT**

MINI STUDIO, INC.                        3:26-cv-00103

v.                                       Motion for Discovery in Support of
                                         Prejudgment Remedy

KEVIN WANSA AND THE
MONSTER LIBRARY

---

Kevin Wansa and The Monster
Library, L.L.C.

v.                                       2026-03-26

Youmna Chamcham and Mini
Studio, Inc.


      Pursuant to Rule 26(b)(1) and (d)(1), Counterclaimants respectfully move the Court to permit limited discovery in support of the pending motions for prejudgment remedy under Rule 64. In support of this motion, Counterclaimants represent as follows:

1. There are two pending motions for prejudgment remedy, ECF 23 regarding money and ECF 30 regarding shares.

2. There will be an evidentiary hearing on the motions, 2026-05-28 in Courtroom Five.

Alan Harrison — SANDOLLAR Law — Milford, Connecticut

3. To adequately put on the case at the evidentiary hearing, Counterclaimants need party and third-party discovery regarding at least the following topics:

- what Youmna Chamcham has told third parties regarding Mini Studio and Kevin Wansa;
- the decision-making around the a16z Speedrun interviews held October 15, 2024;
- the corporate structure and governance of Mini Studio in January 2023 when Kevin Wansa accepted his offer of employment with the promise of vesting equity;
- the corporate structure and governance of Mini Studio at the January 2024 vesting date of Kevin Wansa's employment offer;
- the decision-making around Mini Studio's revised offer of equity to Kevin Wansa in February 2024;
- the cap table of Mini Studio as of January 2023, January 2024, and now;
- Mini Studio's corporate assets to satisfy the prejudgment remedy.

4. In order to properly inform the Court on these topics, Counterclaimants seek leave to serve subpoenas for documents and testimony on Mini Studio, Youmna Chamcham, and third parties.

Respectfully,
*s/Alan Harrison*
Alan Harrison (ct29464)
alan@sandollar-law.net
203.212.9996
Sandollar PLLC
185 Broad Street
Milford, CT 06460