**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MINI STUDIO, INC., | CASE NO. 3:26-cv-00103-SFR |
| Plaintiff/Counterclaim Defendant, | |
| v. | |
| KEVIN WANSA, ET AL. | |
| Defendants/Counterclaim Plaintiffs, | |
| v. | |
| YOUMNA CHAMCHAM, | |
| Counterclaim Defendant. | April 7, 2026 |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 7(b), Plaintiff/Counterclaim Defendants Mini Studio, Inc. and Youmna Chamcham move for an extension of time, up to and including Friday, May 1, 2026, to respond to the Defendants/Counterclaim Plaintiffs' Motion for Prejudgment Remedy and Injunction [ECF No. 30] and Motion for Discovery in Support of Prejudgment Remedy [ECF No. 31]. Good cause exists for granting this extension for the reasons that follow:

1.       Per Local Rule 7(b)(2), Plaintiff/Counterclaim Defendants' counsel sought the consent of Defendants/Counterclaim Plaintiffs' counsel regarding this motion. Attorney Alan Harrison, counsel for the Defendants/Counterclaim Plaintiffs, indicated that Defendants/Counterclaim Plaintiffs consent to the requested extension.

2.       The current deadline for Plaintiff/Counterclaim Defendants to file their responses is Friday, April 10, 2026.

3.      The extension of time is necessary to allow the Plaintiff/Counterclaim Defendants to properly and adequately respond to the Defendants/Counterclaim Plaintiffs' motions; the Plaintiff/Counterclaim Defendants' counsel is starting jury selection on Wednesday, April 8, 2026, in another matter and needs additional time to complete responses.

4.      The requested extension will set the deadline for Plaintiff/Counterclaim Defendants' responses to these motions to be concurrent with the deadline for their opposition to Defendants/Counterclaim Plaintiffs Motion for Prejudgment Remedy: May 1, 2026. *See* ECF No 28.

5.      This is the first extension of time that the Plaintiff/Counterclaim Defendants have requested with respect to their respective deadlines to respond to these motions.

Wherefore, Plaintiff/Counterclaim Defendants Mini Studio, Inc. and Youmna Chamcham respectfully request that this Motion for Extension of Time be granted and that Plaintiff/Counterclaim Defendants be given an extension of time, up to and including Friday, May 1, 2026, to respond to the Defendants/Counterclaim Plaintiffs' Motion for Prejudgment Remedy and Injunction [ECF No. 30] and Motion for Discovery in Support of Prejudgment Remedy [ECF No. 31].

PLAINTIFF MINI STUDIO, INC.

*/s/ Damian K. Gunningsmith*
Damian K. Gunningsmith
Federal Bar No. ct29430
CARMODY TORRANCE SANDAK &
HENNESSEY LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
Phone: (203) 777-5501
Fax: (203) 784-3199
dgunningsmith@carmodylaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2026 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM-ECF System.

/s/ Damian K. Gunningsmith
Damian K. Gunningsmith

3