**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

MINI STUDIO, INC.,

      Plaintiff/Counter Defendant,

v.

KEVIN WANSA, ET AL.

      Defendants/Counter Claimants,

v.

YOUMNA CHAMCHAM,

      Counter Defendant.

CASE NO. 3:26-cv-00103-SFR

April 15, 2026

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT AND ADD ADDITIONAL PARTY DEFENDANT

Plaintiff Mini Studio, Inc. moves pursuant to Federal Rules of Civil Procedure 15(a), 16(b), and 20, and Local Rule 7(f), for leave to file a First Amended Complaint in this matter and to add The Monster Library, LLC as an additional party defendant. A clean copy of the proposed First Amended Complaint and a redline of the proposed First Amended Complaint are attached hereto, respectively, as Exhibits 1 and 2.

As explained more fully in Mini Studio's accompanying memorandum of law in support of this Motion, there is good cause for granting Mini Studio the relief it requests for several reasons. First, Mini Studio has been diligent in seeking leave to file the proposed First Amended Complaint. The case is still in its infancy, no scheduling order has yet been entered, and no discovery has yet occurred. Second, there will be no prejudice to the Defendants from the proposed amendments because the amended claims in the proposed First Amended Complaint encompass the same issues raised in the Counterclaims and the Affirmative Defenses to the

Counterclaims. Third, it will be substantially more efficient for the Court and the parties if the amendments are permitted. Finally, joining The Monster Library LLC as a party defendant resolves a discrepancy between the parties identified in the Complaint and the Counterclaims.

The Court should, therefore, grant this Motion and order that Plaintiff Mini Studio has leave to file its proposed First Amended Complaint and to join The Monster Library LLC as an additional Party Defendant.

PLAINTIFF MINI STUDIO, INC.

*/s/ Damian K. Gunningsmith*
Damian K. Gunningsmith
Federal Bar No. ct29430
CARMODY TORRANCE SANDAK &
HENNESSEY LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
Phone: (203) 777-5501
Fax: (203) 784-3199
dgunningsmith@carmodylaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2026 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM-ECF System.

*/s/ Damian K. Gunningsmith*
Damian K. Gunningsmith

3