UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MINI STUDIO, INC. | ) | |
| | ) | Case No. 3:26-cv-00103-SFR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN WANSA ET AL | ) | |
| | ) | |
| Defendants. | ) | April 16, 2026 |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned on behalf of the Plaintiff Mini Studio, Inc.

in the above-captioned matter.

PLAINTIFF,
MINI STUDIO, INC.

By: */s/ Alexander O. Kosakowski*
    Alexander O. Kosakowski
    Federal Bar No. ct31999
    Carmody Torrance Sandak & Hennessey LLP
    195 Church Street, 18th Floor
    P.O. Box 1950
    New Haven, CT 06509-1950
    Tel.: (203) 777-5501
    Fax: (203) 784-3199
    akosakowski@carmodylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2026 a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

 /s/ Alexander O. Kosakowski
Alexander O. Kosakowski

2