**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date 4/28/2026

Mini Studio, Inc

Vs.

Wansa et al

BKY Appellant

BKY Appellee

BKY case #

Start Time 3:05 PM    End Time 3:24 PM

Recess (if more than ½ hr) _____ to _____

Total Time _____ hour(s) 19 _____ minute(s)

Case # 3:26-cv-00103-SFR

Honorable Judge Robert M. Spector

Deputy Clerk Nick Langello

Counsel for Pla(s) Damian Gunningsmith, Alexander Kosakowski

Counsel for Dft(s) Alan Harrison

Reporter/Courtsmart CourtSmart

Interpreter

Language

Hearing held

☐ in person ✔ by video ☐ by telephone

## HEARING AND TIME

| | | |
|---|---|---|
| ☐ Motion/Oral Argument ____ | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ■ Other: Rule 16 Conference ____ |

## MOTIONS

☐ Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ Brief(s) due _____    ☐ Proposed Findings due _____    Response due _____

☐ Status report due _____

☐ Hearing continued until _____ at _____

## NOTES

Rev. 2/11/26