## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MINI STUDIO, INC., | CASE NO. 3:26-cv-00103-SFR |
| Plaintiff/Counter Defendant, | |
| v. | |
| KEVIN WANSA, ET AL. | |
| Defendants/Counter Claimants, | |
| v. | |
| YOUMNA CHAMCHAM, | |
| Counter Defendant. | May 6, 2026 |

### JOINT STATUS REPORT

The parties submit this Joint Status Report pursuant to the Court's Order directing them to indicate whether they are able to reach a resolution or would to proceed with the evidentiary hearing on the application for a prejudgment remedy. (ECF Nos. 45.) The parties' counsel have conferred regarding the possibility of settlement and/or resolution of the application for a prejudgment remedy. Those discussions are ongoing.

At this time, the parties request that the evidentiary hearing remain scheduled for May 28, 2026. If the parties' discussions progress towards a likely resolution ahead of the scheduled hearing, they will immediately notify the Court and/or seek to withdraw the application for prejudgment remedy.

Counsel for Defendants/Counter Claimants has reviewed and consented to the filing of this joint status report.

2

PLAINTIFF/COUNTER DEFENDANT
MINI STUDIO, INC. AND COUNTER
DEFENDANT YOUMNA CHAMCHAM

/s/ Damian K. Gunningsmith
Damian K. Gunningsmith
Federal Bar No. ct29430
Alexander Kosakowski
Federal Bar No. ct31999
CARMODY TORRANCE SANDAK &
HENNESSEY LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
Phone: (203) 777-5501
Fax: (203) 784-3199
dgunningsmith@carmodylaw.com
akosakowski@carmodylaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2026 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM-ECF System.

/s/ *Damian K. Gunningsmith*
Damian K. Gunningsmith

3