## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

MINI STUDIO, INC.,

      Plaintiff/Counter Defendant,

v.

KEVIN WANSA, ET AL.

      Defendants/Counter Claimants,

v.

YOUMNA CHAMCHAM,

      Counter Defendant.

CASE NO. 3:26-cv-00103-SFR

May 6, 2026

## PLAINTIFF'S CROSS-APPLICATION FOR PREJUDGMENT REMEDY

Pursuant to Federal Rule of Civil Procedure 64 and Local Civil Rule 4(c), Plaintiff Mini Studio, Inc. ("Mini Studio") moves, under Connecticut General Statutes § 52-278a *et seq.*, for a prejudgment remedy.[1] Mini Studio represents:

1.      That it has commenced an action against Kevin Wansa (a/k/a Kevin Van Witt a/k/a The Monster Library) of 5 Short Street, Westport, CT 06880, and The Monster Library LLC, a Connecticut limited liability company with a business address of 5 Short Street, Westport, CT (the "Defendants").

---

[1] The Court has not yet granted Mini Studio's Motion for Leave to Amend its Complaint. (ECF No. 37.) Therefore, only Mini Studio's copyright infringement claim in its original Complaint is currently pending. Mini Studio's Cross-Application for Prejudgment Remedy is therefore contingent in part on the Court's granting of that Motion insofar as it seeks a prejudgment remedy on Mini Studio's additional claims set forth in its proposed First Amended Complaint.

2.     That there is probable cause that a judgment in the amount of the prejudgment remedy sought, or in an amount greater than the amount of the prejudgment remedy sought, taking into account any known defenses, counterclaims or set-offs, will be rendered in the matter in favor of the applicant and that to secure the judgment the applicant seeks an order from this Court direct that the following prejudgment remedy by granted to secure the sum of $10,000,000:

a. To attach sufficient property of Defendants to secure such sum;

b. To attached the real property of Kevin Wansa, located at 5 Short Street in the Town of Westport, Fairfield County, and State of Connecticut, with a PID 8188;

c. To garnishee such natural and non-natural persons identified as agents, trustees, or debtors of the Defendants who have concealed in their possession property of the Defendants or who are indebted to them, as determined through Defendants' compliance with Mini Studio's Motion for Disclosure of Assets;

d. To attach Defendants' equity or ownership in any and all personal or real properties together with any fixtures attached to said real properties that are located within the State of Connecticut, as determined through Defendants' compliance with Mini Studio's Motion for Disclosure of Assets;

e. To attach any and all of Defendants' cash deposits, certificates of deposit, securities, or other properties held in any accounts by any financial institution, including but not limited to banks, savings and loans, stock brokerage houses, funds or money managers that are located or have branches within the State of

Connecticut, as determined through Defendants' compliance with Mini Studio's Motion for Disclosure of Assets; and

f. To attach any and all of Defendants' accounts receivable, notes receivable, or other debts due and owing or that are to become due and payable to Defendants, as determined through Defendants' compliance with Mini Studio's Motion for Disclosure of Assets.

3. The requested prejudgment remedy seeks an attachment of real and/or personal property and the garnishment of natural and non-natural persons pursuant to Connecticut General Statutes § 52-278a *et seq.*

Mini Studio submits the verification of Youmna Chamcham in support of this Cross-Application. In addition, Mini Studio is concurrently filing and serving a Motion for Disclosure of Assets and the statutorily required Notice to Defendants Regarding Application for Prejudgment Remedy with this Cross-Application for Prejudgment Remedy. Mini Studio respectfully requests that the Court enter an order that the hearing on this Cross-Application will take place concurrently with the hearing on Counter Claimants' Application for Prejudgment Remedy.

Dated: May 6, 2026

PLAINTIFF MINI STUDIO, INC.

/s/ Damian K. Gunningsmith
Damian K. Gunningsmith
Federal Bar No. ct29430
Alexander Kosakowski
Federal Bar No. ct31999
CARMODY TORRANCE SANDAK &
HENNESSEY LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
Phone: (203) 777-5501
Fax: (203) 784-3199
dgunningsmith@carmodylaw.com
akosakowski@carmodylaw.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2026 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM-ECF System.

*/s/ Damian K. Gunningsmith*
Damian K. Gunningsmith