## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

MINI STUDIO, INC.,

      Plaintiff/Counter Defendant,

v.

KEVIN WANSA, ET AL.

      Defendants/Counter Claimants,

v.

YOUMNA CHAMCHAM,

      Counter Defendant.

CASE NO. 3:26-cv-00103-SFR

May 6, 2026

## VERIFICATION

I certify under penalty of perjury based on my personal knowledge, knowledge of Mini Studio, Inc.'s records, and information available to me as CEO of Mini Studio, Inc., that the factual allegations set forth in the proposed First Amended Complaint filed on April 15, 2026 (ECF No. 37-2) are true and correct to the best of my knowledge and belief.

Executed on May 6, 2026.

Youmna Chamcham
CEO, Mini Studio, Inc.