**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MINI STUDIO, INC., | CASE NO. 3:26-cv-00103-SFR |
|       Plaintiff/Counter Defendant, | |
| v. | |
| KEVIN WANSA, ET AL. | |
|       Defendants/Counter Claimants, | |
| v. | |
| YOUMNA CHAMCHAM, | |
|       Counter Defendant. | May 6, 2026 |

**NOTICE TO DEFENDANTS REGARDING**
**APPLICATION FOR PREJUDGMENT REMEDY**

Pursuant to Connecticut General Statutes section 52-278c(e), Plaintiff Mini Studio, Inc.

("Mini Studio") provides the following notice to Kevin Wansa (a/k/a Kevin Van Witt a/k/a The

Monster Library) and The Monster Library LLC (the "Defendants") in connection with Mini

Studio's Cross-Application for Prejudgment Remedy:

> YOU HAVE RIGHTS SPECIFIED IN THE CONNECTICUT GENERAL
> STATUTES, INCLUDING CHAPTER 903a, WHICH YOU MAY WISH TO
> EXERCISE CONCERNING THIS PREJUDGMENT REMEDY. THESE
> RIGHTS INCLUDE THE RIGHT TO A HEARING (1) TO OBJECT TO THE
> PREJUDGMENT REMEDY BECAUSE YOU HAVE A DEFENSE TO OR SET-
> OFF AGAINST THE ACTION OR A COUNTERCLAIM AGAINST THE
> PLAINTIFF OR BECAUSE THE AMOUNT OF THE PREJUDGMENT
> REMEDY ALLOWED BY THE COURT IS UNREASONABLY HIGH OR
> BECAUSE PAYMENT OF ANY JUDGMENT THAT MAY BE RENDERED
> AGAINST YOU IS ADEQUATELY SECURED BY ANY INSURANCE THAT
> YOU MAY HAVE; (2) TO REQUEST THAT THE PLAINTIFF POST A BOND
> IN ACCORDANCE WITH SECTION 52-278d OF THE GENERAL STATUTES
> TO SECURE YOU AGAINST ANY DAMAGES THAT MAY RESULT FROM
> THE PREJUDGMENT REMEDY; (3) TO REQUEST THAT THE

PREJUDGMENT REMEDY BE DISSOLVED OR MODIFIED OR THAT YOU BE ALLOWED TO SUBSTITUTE A BOND FOR THE PREJUDGMENT REMEDY; AND (4) TO SHOW THAT ANY PROPERTY SUBJECT TO THE PREJUDGMENT REMEDY IS EXEMPT FROM SUCH A PREJUDGMENT REMEDY.

Dated: May 6, 2026

PLAINTIFF MINI STUDIO, INC.

/s/ Damian K. Gunningsmith

Damian K. Gunningsmith
Federal Bar No. ct29430
Alexander Kosakowski
Federal Bar No. ct31999
CARMODY TORRANCE SANDAK & HENNESSEY LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
Phone: (203) 777-5501
Fax: (203) 784-3199
dgunningsmith@carmodylaw.com
akosakowski@carmodylaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2026 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM-ECF System.

/s/ *Damian K. Gunningsmith*
Damian K. Gunningsmith