**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MINI STUDIO, INC., | CASE NO. 3:26-cv-00103-SFR |
| Plaintiff/Counter Defendant, | |
| v. | |
| KEVIN WANSA, ET AL. | |
| Defendants/Counter Claimants, | |
| v. | |
| YOUMNA CHAMCHAM, | |
| Counter Defendant. | May 6, 2026 |

**MOTION FOR DISCLOSURE OF ASSETS**

Plaintiff Mini Studio, Inc. ("Mini Studio"), pursuant to Connecticut General Statutes Section 52-278n, hereby moves that this Court order the defendants, Kevin Wansa (a/k/a Kevin Van Witt a/k/a The Monster Library) and The Monster Library LLC ("Defendants"), to disclose under oath any and all property, real and personal, tangible and intangible, in which Defendants have an interest and any and all debts and obligations owing to Defendants (all such property, debts and obligations being herein referred to as the "Assets"), including, but not limited to, the following:

1. Bank Accounts: The type of account (e.g., checking, savings, certificate of deposit); the names and addresses of the institutions where such accounts are maintained; the present balance in each such account; the account numbers.

2. Money Market Funds or Accounts: The names of the money market funds or any other accounts of any kind whatsoever; the names and addresses of the institutions where such funds or accounts are maintained; the present balance in each such account; the account numbers.

3.   Real Property:  The record owner(s); the location(s) and address(es) of the property; the legal property description(s); the nature of the interest in the property; the estimated market value of your interest; the names and addresses of any lienholders on the property, the amount of such liens, and dates that each lien attached to Defendants' real property.

4.   Stocks, Bonds, Treasury Bills, Commercial Paper and Securities (collectively, the "Securities"):  The entities issuing the Securities; the type of Securities, the amount of shares owned in each entity (if the Securities are capital stock) or the principal amount of the Securities, as the case may be; the market value of the Securities; the present location of the Securities; the series numbers of any stock and bond certificates.

5.   Partnership Interests:  The name of the partnership; the type of partnership (i.e., general or limited); the place of business of the partnership; the managing agent of the partnership and its address; the nature of the partnership interest (i.e., general or limited); the percentage interest in the partnership and the market value of such interest as evidenced by the partnership's most recent financial statements; the estimated dates in the future when partnership distributions will be made to you and the estimated amount(s) of such distributions.

6.   Corporate Interests:  The name of the corporation; the place of business and address of the corporation; the officers and directors of the corporation; the nature of the interest in the corporation; the percentage interest in the corporation and the market value of such interest as evidenced by the corporation's most recent financial statements; the estimated dates in the future when distributions will be made to you and the estimated amount(s) of such distributions.

7.   Accounts Receivable:  The name and address of each account debtor; the amount of each account debtor's obligation; the date on which each obligation was incurred; the date on which each obligation became or becomes due.

8.   Annuities [not exempt under Conn. Gen. Stat. Section 52-352b(m)]:  The names and addresses of the parties to the annuity contract; the face value of the annuity; the amount, if any, that you have the right to borrow against the annuity; the date when payments begin under the annuity contract.

9.   IRAs [not exempt under Conn. Gen. Stat. Section 52-352b(m)]:  The names and addresses of the institutions where IRA(s) are maintained; the present balance in each IRA account; the IRA account number(s).

10.  Pension Benefits [not exempt under Conn. Gen. Stat. Section 52-352b(m)]:  The type of pension or profit-sharing plan; the name of the plan; the name and address of the plan administrator; the amount, if any, that you have the right to borrow against vested benefits; the amount of vested benefits.

2

11.    Life Insurance:  The type of insurance; the name and address of the insurer; the name and address of the beneficiary; the cash value of the policy; the amount, if any, that you have the right to borrow against the policy.

12.    Motor Vehicles, Boats and Airplanes: The description and registration number; the city or town where registered; the names and addresses of any lienholders and the amount of such liens; the estimated fair market value.

13.    All Assets Transferred To Third Parties Within Three (3) Years Prior To The Date Hereof By Gift, For Less Than Full Consideration, or For Full Consideration and all proceeds of the same:  The description of each asset; the date of transfer of each asset; the consideration, if any, paid by the transferee; the fair market value of each asset at the time of transfer; and the disposition of the proceeds of the transfer, if any.

14.    All Jewelry, Artwork, Furniture, Collection Pieces of Any Kind Having Value of $500.00 Or More (collectively, the "Collection Pieces"):  The description(s) and location(s) of the Collection Pieces; the names and addresses of any lienholders and the amount of such liens; the estimated fair market value of the Collection Pieces.

15.    All other Tangible and Intangible Assets Having Value of $500.00 or More, including, without limitation, all Equipment and Personal Property of any kind whatsoever:  The description of each asset; the location of each asset; the names and addresses of lienholders and the amount of such liens; the estimated market value of each asset.

16.    Any matter which Defendants have contracted to perform in the future and for which the Defendants either have or will receive funds, including the names and addresses of the other parties to said contracts and a statement of the sums due, including the dates upon which sums are due and payable.

17.    Any trusts and/or trust funds of any kind whatsoever which Defendants have (i) created or established or controlled or controls, (ii) acted or acts as trustee for the same, (iii) conveyed, pledged, sold or transferred in any way whatsoever any property and/or assets of any kind whatsoever to any such trust and/or trust funds or contributed to the same or donated to the same in any way whatsoever, as well as any trusts and/or trust funds of any kind whatsoever which Defendants and/or any other affiliated or related persons or entities of any kind whatsoever hold any real, beneficial or equitable interest of any kind whatsoever in the same; including, without limitation, the dates of the establishment of each trust and/or trust fund; the beneficiaries of each trust and/or trust fund; the source and value of each trust and/or trust fund property or asset; the trustees of each trust and/or trust fund; the location of the documents and records for each trust and/or trust fund; and the amount of any income, payments, monies, fees, expenses or disbursements paid to or received by Defendants, and/or the description and the value of any property or assets of any kind whatsoever transferred to or received by Defendants, in

3

connection with or relating to any trusts or trust funds, and the dates of each or any such payment or transfer, and copies of all checks and/or all documents relating to the same.

Dated: May 6, 2026

PLAINTIFF MINI STUDIO, INC.

*/s/ Damian K. Gunningsmith*
Damian K. Gunningsmith
Federal Bar No. ct29430
Alexander Kosakowski
Federal Bar No. ct31999
CARMODY TORRANCE SANDAK &
HENNESSEY LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
Phone: (203) 777-5501
Fax: (203) 784-3199
dgunningsmith@carmodylaw.com
akosakowski@carmodylaw.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2026 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM-ECF System.

*/s/ Damian K. Gunningsmith*
Damian K. Gunningsmith

5