**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MINI STUDIO, INC., | CASE NO. 3:26-cv-00103-SFR |
| Plaintiff/Counter Defendant, | |
| v. | |
| KEVIN WANSA, ET AL. | |
| Defendants/Counter Claimants, | |
| v. | |
| YOUMNA CHAMCHAM, | |
| Counter Defendant. | June 1, 2026 |

## JOINT STATUS REPORT

The parties submit this Joint Status Report pursuant to the Court's Order directing them to indicate whether the parties have reached a resolution such that the PJR motions can be denied as moot. (ECF No. 55.) The parties are currently engaged in settlement discussions for the entire dispute between the parties. Those discussions remain ongoing but the parties have not yet reached an agreement. At this time, the parties propose to provide an additional status report in 14 days, or June 15, 2026, as to the progress of their negotiations. Counsel for Defendants/Counter Claimants has reviewed and consented to the filing of this joint status report.

PLAINTIFF/COUNTER DEFENDANT
MINI STUDIO, INC. AND COUNTER
DEFENDANT YOUMNA CHAMCHAM

*/s/ Damian K. Gunningsmith*
Damian K. Gunningsmith
Federal Bar No. ct29430
Alexander Kosakowski
Federal Bar No. ct31999
CARMODY TORRANCE SANDAK &
HENNESSEY LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
Phone: (203) 777-5501
Fax: (203) 784-3199
dgunningsmith@carmodylaw.com
akosakowski@carmodylaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM-ECF System.

/s/ Damian K. Gunningsmith
Damian K. Gunningsmith

3