**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT**

MINI STUDIO, INC.                                    3:26-cv-00103
Plaintiff, Counterclaim Defendant

v.

KEVIN WANSA and
THE MONSTER LIBRARY LLC
Defendants, Counterclaimants

v.

Youmna Chamcham,
Counterclaim Defendant

2026-06-15

## **Second Joint Status Report (Mini Studio v Wansa)**

The parties continue with settlement negotiations. We would prefer to not engage in the PJR process at this time. We respectfully request to submit a further status report July 1. Mini Studio counsel agrees to this status.

Respectfully,
*s/Alan Harrison*
Alan Harrison (ct29464)
alan@sandollar-law.net
203.212.9996
Sandollar PLLC
185 Broad Street
Milford, CT 06460

Alan Harrison — SANDOLLAR Law — Milford, Connecticut