**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date 10/13/2026

Mini Studio, Inc.

Vs.

Wansa et al

BKY Appellant ____

BKY Appellee ____

BKY case # ____

Start Time 11:08 AM End Time 11:25 AM

Recess (if more than ½ hr) ____ to ____

Total Time ____ hour(s) 17 minute(s)

Case # 3:26-cv-00103-SFR

Honorable Judge Robert M. Spector

Deputy Clerk Nick Langello

Counsel for Pla(s) Damian Gunningsmith

Counsel for Dft(s) Alan Harrison

Reporter/Courtsmart CourtSmart

Interpreter ____

Language ____

Hearing held

☐ in person ☑ by video ☐ by telephone

**HEARING AND TIME**

| | | |
|---|---|---|
| ☐ Motion/Oral Argument ____ | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ■ Other: Discovery Conference ____ |

**MOTIONS**

☐ Motion ____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion ____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion ____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion ____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion ____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion ____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion ____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion ____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due ____ ☐ Proposed Findings due ____ Response due ____
☐ Status report due ____
☐ Hearing continued until ____ at ____

**NOTES**

Rev. 2/11/26