# EXHIBIT 2

Copyright

**Registration Number / Date:**
VAU001569706 / 2026-01-13

**Type of Work:**
Visual Material

**Title:**
PURP ? Character Model Sheet.

**Application Title:**
PURP ? Character Model Sheet.

**Date of Creation:**
2024

**Copyright Claimant:**
Mini Studio, Inc. Address: One World Trade Center, 85th Floor, c/o Servcorp, New York, NY, 10007, United States.

**Authorship on Application:**
Mini Studio, Inc., Domicile: United States. employer for hire; Authorship: 2-D artwork.

**Rights and Permissions:**
Mini Studio, Inc., One World Trade Center, 85th Floor, c/o Servcorp, New York, NY, 10007, United States

**Description:**
Electronic file (eService)

**Copyright Note:**
C.O. correspondence.
Regarding basis for registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

**Names:**
Mini Studio, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/siebel_VAu001569706

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).